UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

REGINA ORSAIO,

                              Plaintiff,           6:17-cv-00685 (BKS/TWD)

v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,

                              Defendant.
_____

**Hon. Brenda K. Sannes, United States District Judge:**


                                  **VERDICT SHEET**

### Question 1
### Retaliation Claim - Title VII

Did Plaintiff Regina Orsaio prove, by a preponderance of the evidence, every element of her retaliation claim?

Yes_____   No___✓___

**If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, you are finished with your deliberations. The Foreperson should sign and date this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

### Question 2
### Compensatory Damages

What amount, if any, do you award as compensatory damages against the Defendant? (*Please Note*: If you find that the Plaintiff has failed to prove by a preponderance of the evidence that she suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$_____

**The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.**

Foreperson _____   Date: __2/23/2022__

\*\*NAME REDACTED